

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00948-CV

IN THE INTEREST OF S.E.W., a Child

Appeal from the 257th District Court of Harris County.   (Tr. Ct. No. 2013-06519J).

**TO THE 257TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 19th day of February 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> After due consideration, the Court **grants** appellant L.W.'s motion to dismiss the appeal.   Accordingly, the Court **dismisses** the appeal.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered February 19, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

